AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

FILED: **12/18/23**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:23MJ629 |
| Anastasiya Claire Lyons a/k/a Frosty | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Between 2015 and 12/11/2023__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1594(c) | Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

_/s/_
Complainant's signature

Task Force Officer Jeffrey Rich, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/18/2023

_/s/_
Judge's signature

City and state: Plano, Texas

Kimberly C. Priest Johnson, U.S. Magistrate Judge
Printed name and title